IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JAMES BROADNAX | § | |
| VS. | § | CIVIL ACTION NO. 9:25-CV-40 |
| MELISSA ELLIOTT, *et al.*, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, James Broadnax, represented by counsel, filed this civil rights action pursuant to 42 U.S.C. § 1983 against twelve Defendants. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends the motions to dismiss [Dkt. 46, 48, 56 & 57] should be denied in part and granted in part.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance with the recommendations of the magistrate judge.

**SIGNED this 23rd day of January, 2026.**

Michael J. Truncale
United States District Judge