IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED: **4/7/26**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

JAMES BROADNAX §
   *Plaintiff* §
 §
 §
VS. §   CIVIL NO. 9:25CV40
 §
LIZETTE FERNANDEZ, et al §
   *Defendant* §

### ORDER SETTING MEDIATION VIA VIDEOCONFERENCE

The parties are hereby notified that a Mediation is scheduled for April 22, 2026 at 9:30 a.m via Zoom.

The Court **ORDERS** the following:

1.  The Plaintiff, James Broadnax (TDCJ-ID #00999549) a prisoner incarcerated at the Allan B. Polunsky Unit of the Texas Department of Corrections, will be taken to an area, within the facility where he will have access to the use of a computer.

2.  Join Zoom Gov Meeting
**https://www.zoomgov.com/j/1608099211?pwd=yprWB9bCGomXxjwJ5GusSb9kQx2uad.1**

Meeting ID: 160 809 9211
Passcode: 564733

3.  The Clerk will furnish all parties with a copy of this Order. Additionally the Clerk will furnish copies to the United States Marshal for the Eastern District of Texas, Warden of the Polunsky and the Director of Classification and Records, Texas Department of Corrections, P.O. Box 99, Huntsville, Texas, 77340.

SIGNED this 7th day of April, 2026.

_____
Zack Hawthorn
United States Magistrate Judge