IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JAMES BROADNAX,<br><br>       Plaintiff,<br><br>vs.<br><br>LIZETTE FERNANDEZ, NURSE; SAMANTHA HORN, JONI SCHAEFFER, JAMAR BEY, PAUL REILLEY, SUZANNE FULTS, IN HER INDIVIDUAL CAPACITY; ALBERT PERKINS, IN HIS INDIVIDUAL CAPACITY; BRYAN COLLIER, BOBBY LUMPKIN, LANNETTE LINTHICUM, OWEN MURRAY, CHRISTY WALLER,<br><br>       Defendants. | NO.9:25-CV-00040-MJT |

## MEDIATOR'S REPORT

This case is assigned to the Honorable Michael J. Truncale, United States District Judge.

On April 7, 2026, the undersigned referred this case to mediation. Docs. No. 134, 135. On April 22, 2026, the undersigned convened the parties for mediation in Beaumont, Texas. As a result of the mediation, the parties settled the case.

SIGNED this 22nd day of April, 2026.

_____
Zack Hawthorn
United States Magistrate Judge